*1014 531 U.S. 1162;
531 U.S. 1168;
531 U.S. 1172;
ante, p. 908;
ante, p. 926;
ante, p. 944;
ante, p. 910;
ante, p. 927;
ante, p. 927;
*1015 No. 00-7940.
No. 00-8033.
No. 00-8078.
No. 00-8085.
No. 00-8218.
No. 00-8221.
No. 00-8295.
No. 00-8351.
No. 00-8538.
No. 00-8599.
531 U.S. 1198;
ante, p. 944;
ante, p. 932;
531 U.S. 1182;
ante, p. 948;
ante, p. 940;
531 U.S. 1142;
ante, p. 934;
ante, p. 950; and
ante, p. 937.
Petitions for rehearing denied.